UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
DONNA HEDGES, :
:
                 Plaintiff, :
: 21-CV-1915 (VSB)
      -against- :
: **ORDER**
MAIN DRAG MUSIC INC., :
:
                 Defendant. :
:
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on March 4, 2021, (Doc. 1), and filed an affidavit of service on April 8, 2021, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was April 15, 2021. (*Id.*) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 20, 2021. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      SO ORDERED.

Dated:    April 20, 2021
              New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge